UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: John K. Stafford                      Case No. 20-45989-mar
                                                                    Chapter 13
                                                                    Hon. Mark A. Randon

                    Debtor.
_____/

## AMENDED ORDER ALLOWING DEBTOR TO SELL RIGHT TO ANNUITY PAYMENT AND RESOLVE TRUSTEE'S OBJECTIONS

      The above captioned Debtors having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and having sought to obtain credit pursuant to 11 U.S.C. 365 for the following reasons, consent of the Trustee having been obtained, and the Court being otherwise sufficiently advised in the premises;

      IT IS HEREBY ORDERED THAT:

1. Debtor may enter into a agreement with JG Wentworth to sell their right to collect a payment from their annuity on April 24, 2044 in the amount of $150,000.00 in exchange for receiving $20,000.00 in payments from JG Wentworth upon execution of the agreement.

2. Debtor shall make direct payments to the lender or its assigns according to the terms of the agreement and with the April 24, 2044 in the amount of $150,000.00.

3. Debtor shall be allowed to obtain credit not to exceed $20,000.00.

4. No notice is required as this Order does not adversely impact upon the Plan or Creditors.

5. This Order shall be valid for sixty (60) days after entry.

6. Debtor shall remit funds sufficient to pay 100% to the remaining claims of the case, including any administrative expenses, by August 1, 2025 or the case will be dismissed upon Trustee's affidavit.

7. This Order Amends the Order to Sell entered on April 14, 2025 at ECF No. 37.

8. Debtor shall provide the Trustee with a copy of the final agreement evidencing the terms of the agreement within fifteen (15) days of execution.

9. In all other respects, the Order Confirming Plan, as last modified, shall remain in full force and effect.

**Signed on May 5, 2025**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge